# Exhibit 3

Nathan D. Alder, #7126
Nathan.Alder@chrisjen.com
Sarah Elizabeth Spencer, #11141
Sarah.Spencer@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone:  (801) 323-5000
Facsimile:   (801) 355-3472

*Attorneys for Defendant GM LLC*

| IN THE THIRD JUDICIAL DISTRICT COURT IN AND FOR SALT LAKE COUNTY, STATE OF UTAH ||
|---|---|
| MIGUEL E. JOACHIN-TOMAS,<br><br>         Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Michigan limited liability company, doing business in the state of Utah under the registered name of General Motors Company, and JOHN DOES 1-10,<br><br>         Defendants. | **NOTICE OF FILING NOTICE OF REMOVAL**<br><br>Case No. 180907063<br><br>Judge Keith Kelly |

**PLEASE TAKE NOTICE** that on December 12, 2018 Defendant General Motors LLC, removed this action to the United States District Court for the District of Utah by filing a Notice of Removal in that Court. A copy of Defendant's Notice of Removal is attached hereto as **Exhibit A**. Accordingly, and pursuant to 28 U.S.C. 1446(d), this Court may proceed no further unless and until the case is remanded.

Respectfully submitted this 12th day of December, 2018.

**CHRISTENSEN & JENSEN, P.C.**

*/s/  Sarah E. Spencer*
Nathan D. Alder
Sarah E. Spencer
*Attorneys for Defendant General Motors LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December 2018, a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** was served on the following as noted:

    Cory R. Wall, Esq.
    Gregory  B. Wall, Esq.
    WALL & WALL, PC
    2168 E. Fort Union Blvd.
    Salt Lake City, Utah 84121
    cory.wall@walllegalsolutions.com

*Anne L. MacLeod*