CORY R. WALL, NO. 4937
GREGORY B. WALL, NO. 3365
WALL & WALL, apc
Attorneys for Plaintiff
2168 E. Fort Union Blvd.
Salt Lake City, Utah  84121
Telephone:   (801) 274-3100
Facsimile:    (801) 365-8223
Email: cory.wall@walllegalsolutions.com

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| MIGUEL E. JOACHIN-TOMAS,<br><br>                      Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, L.L.C., a Michigan limited liability company, doing business in the state of Utah under the registered name of General Motors Company, and JOHN DOES 1-10,<br><br>                      Defendants. | ORDER OF DISMISSAL WITH PREJUDICE<br><br>Case No. 2:18-cv-00947<br><br>District Judge Dee Benson |

BASED UPON the parties' Stipulation and Joint Motion to Dismiss With Prejudice and good cause appearing therefore,

IT IS HEREBY ORDERED that the above entitled action is dismissed, with prejudice.  The parties shall each bear their own costs and attorney's fees incurred herein.

SIGNED this 10th day of April, 2019.

                                        BY THE COURT:

                                        _____
                                        U.S. DISTRICT JUDGE DEE BENSON

Approved as to form:

/s/ Darin Lang
DARIN LANG
Attorney for Defendant

      *Electronically signed by Cory R. Wall with permission of Darin Lang*